UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ALGONQUIN GAS TRANSMISSION, LLC,
        Plaintiffs

v.

0.247 ACRES OF LAND, MORE OR LESS,
IN LINCOLN, MASSACHUSETTS, and
THE CITY OF CAMBRIDGE,
        Defendants

---

Civil Action No. 1:24-cv-11220-ADB

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

    Please enter my appearance on behalf of Defendant City of Cambridge in the above-captioned case.

                      Respectfully submitted,
                      Defendant City of Cambridge,
                      By its attorney,

                      /s/ Franziskus Lepionka
                      Franziskus Lepionka, Esq.
                      B.B.O. #664049
                      City of Cambridge Law Department
                      City Hall, 795 Massachusetts Ave.
                      Cambridge, MA 02139
                      (617)-349-4121
                      flepionka@cambridgema.gov

Dated: May 14, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this day of May 14, 2024 the above document was served upon the following counsel of record via ECF:

>Frank N. Gaeta (BBO #561388)
>David Glod (BBO# 676859)
>Rich May, P.C.
>176 Federal Street, 6th Floor
>Boston, Massachusetts 02110
>(617) 556-3800
>fgaeta@richmaylaw.com
>dglod@richmaylaw.com


>/s/ Franziskus Lepionka
>Franziskus Lepionka, Esq.