# **EXHIBIT C TO AGREEMENT FOR JUDGMENT**

# **LANDSCAPE RESTORATION PLAN**

Algonquin Gas Transmission, LLC (Algonquin), the City of Cambridge (City), and the Town of Lincoln (Town) (collectively hereinafter "Parties") agree to this Restoration Plan, which consists of the following terms and conditions:

Existing Conditions and Proposed Alterations

Drawing J-3 – System Route 2 MR 00206 Lincoln Site Upgrades, prepared by Enbridge and last revised April 1, 2024 (Algonquin Drawing), identifies 23 canopy trees to be removed on Cambridge land (approximately 4,930 square feet/0.11 acres) (Locus) as part of the proposed construction activity. These trees represent 239 caliper inches (19.9 feet) of trees to be removed. The plan also identifies an additional 17 canopy trees with "effort to be saved," and 14 additional trees "to be saved."

The Locus consists of a mixed hardwood woodland sloping to the northwest away from Route 2 towards an intermittent stream. Trees observed are shown on Drawing J-3 and include red maple, black oak, red oak, black birch, and red pine. These trees are native to Middlesex County and the Boston Basin Ecoregion and considered very high in wildlife habitat value. These species are similar to those found in the NHESP designation for an Open Oak Forest/Woodland plant community in Massachusetts.

Restoration Approach

Based on the conditions existing after the construction work is completed and proposed authorizations, Algonquin shall undertake restoration activities that include:

1. Prior to the commencement of any restoration work, the Parties will conduct a site walk/assessment of the Locus to agree upon the scope of restoration activities, which may include but is not limited to soil treatments and type, number, method, and timing of plantings. Algonquin shall not unreasonably withhold its agreement with the City's and Town's proposed scope of restoration activities.

2. Amendment(s) to existing soil including grading, decompaction, aeration and/or adding composted leaf mulch.

3. Removal and disposal off-site of any state-listed invasive species.

4. Replanting of native tree, shrub, and groundcover material that mimics the diversity of a healthy Open Oak Woodland plant community. Plant species associated with this community are listed below.

5. Algonquin's maintenance requirements shall include but not be limited to watering, removal of weeds and other invasive vegetation, and trimming and pruning as necessary.

6. Installation of a deer exclusion fence to protect the plants during establishment (this 8' tall fence shall remain in place for at least a three-year (3) period). The exclusion fence is critical to the initial establishment of restoration plantings due to most of the native plants being listed as preferred species for deer browsing in Eastern Massachusetts. The deer exclusion fence shall not impede access to Algonquin's easement. The dimensions of and final layout of the deer exclusion fence shall require review and approval by the City and Town.

Suggested Plant List and Quantities for Open Oak Woodland Restoration

Canopy Trees (20 Total):
•*Quercus velutina* Black Oak
•*Quercus rubra* Red Oak
•*Pinus strobus* White Pine

Understory Trees (20 Total):
•*Carya ovata* Shagbark Hickory
•*Prunus serotina* Black Cherry
•*Hamamelis virginiana* Witch Hazel

Undercover Shrubs (50 Total):
•*Lindera benzoin* Spicebush
•*Viburnum acerifolia* Maple-leafed Viburnum

Groundcovers and Ferns (200 Total):
•*Aralia nudicaulis* Wild Sarsaparilla
•*Carex pensylvanica* Pennsylvania Sedge
•*Eurybia diviricata* White Wood Aster
•*Gaultheria procumbens* Wintergreen
•*Juncus tenuis* Path Rush
•*Maianthemum canadense* Canada Mayflower
•*Pteridium aquilinum* Bracken Fern
•*Tiarella cordifolia* Foamflower

Notes

1. Recommended minimum planting sizes are: Canopy Trees - 1.5" caliper (balled and burlapped); Undercover Trees - five foot height (containerized); Undercover Shrubs – three-foot height (containerized); and Groundcovers and Ferns - one-gallon (containerized).

2. All proposed plants used for restoration purposes are to be straight natives; no nativars or cultivars will be accepted.

3. Prior to planting, Algonquin shall provide City and Town an opportunity to review the list of plants acquired or to be acquired for the Restoration Plan.  After receiving the list, City and Town shall have ten (10) days to complete its review and to notify Algonquin whether they reject any of the listed plants, at which point the parties will

> negotiate in good faith to identify appropriate substitutions in accordance with generally accepted professional standards for the landscape industry.

Monitoring Period and Acceptance

Please see *Attachment A – Proposed Restoration Area*, that includes the restoration area if the 23 trees identified on the plan have been removed.

Algonquin shall be solely responsible for maintaining the planted materials and ensuring the successful establishment of the plant material installed.

After one (1) full growing season and again after three (3) full growing seasons, City and Town shall inspect the restoration area to confirm establishment of 90% of the trees planted, 80% of the shrubs planted, and 80% of the groundcover planted, in accordance with generally accepted professional standards for the landscape industry. Algonquin agrees that any bare areas existing after three (3) full growing seasons shall be seeded with a woodland seed mix approved by the City and Town and stabilized with a weed free straw mulch and tackifier. Once approved, Algonquin shall remove the exclusion fence and lawfully dispose of it off property.

Restoration Plan Start Date and Flexibility

Algonquin in consultation with City and Town shall commence work on this Restoration Plan during the first spring or fall after completion of the Project (as defined in the Agreement for Judgment). This Restoration Plan, based on Algonquin's representations, contemplates that restoration work will be required only in the "Restoration Area" marked on Attachment A. However, the Parties acknowledge that if Algonquin impacts any areas, including but not limited to tree limbing and/or cutting, soil and/or grade disturbance, and/or ground cover destruction, outside of the "Restoration Area," then the scope of this Restoration Plan shall be expanded as necessary to restore the entire impacted area.